# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Mark Christian Schreiber<br>Deborah Jean Schreiber,<br><br>　　　　　　　Debtors.<br>Robert A. Mackenzie,<br><br>　　　　　　　Appellant,<br><br>v.<br><br>Mark Christian Schreiber, *et al.*,<br><br>　　　　　　　Appellees. | No. CV-20-01993-PHX-<br>BK NO. 2:20-BK-00631-MCW<br><br>**SCHEDULING ORDER** |

　　　　PURSUANT to LRBankr 8009-1, 8009-2, 8010-1, 8010-2 and Fed.R.Bank.P. 8009(a), the appellant shall serve and file an opening brief with the Clerk, United States District Court, within fourteen (14) days of the date this order is filed.  The appellee shall serve and file a responsive brief with the Clerk, United States District Court, within fourteen (14) days after service of the appellant's brief; and the appellant may serve and file a reply with the Clerk, United States District Court, within fourteen (14) days after service of the appellee's brief, and if the appellee has cross-appealed, the appellee may file and serve a reply brief to the response of the appellant to the issues presented in the cross appeal within fourteen (14) days after service of the reply brief of the appellant.

FURTHER, TAKE NOTICE that pursuant to LRCiv 16.2(b)(1)(A)(i) this action is designated an expedited track case.

IT IS FURTHER ORDERED that failure to comply with provisions of the Local Rules of Bankruptcy Appeal Procedure and this Order may result in the court taking action for failure to perfect the appeal, including possible dismissal pursuant to LRBankr 8020-1.

Dated this 9th day of December, 2020.

Honorable John J. Tuchi
United States District Judge